Jeff Hatfield
273 Crestview
Commerce Township, MI 48390
(248) 924-4376

In the District Court of Michigan in the county of Oakland

| | |
|---|---|
| Malibu Media, LLC. | Case No.: 2:18-cv-11033-MAG-MKM |
| Plaintiff | ANSWER, AFFIRMATIVE DEFENSES |
| vs. | |
| Jeff Hatfield | FILED |
| Defendant(s) | SEP 17 2018 |
| | CLERK'S OFFICE DETROIT |

I. ANSWER

Defendant(s) answer the complaint as follows:

1. Admit the statements contained in paragraph numbers 1, 4, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 27, 28,

2. Deny the statements contained in paragraph numbers 2, 20, 23, 25, 30, 31, 32, 33,

3. Lack knowledge about the truth and therefore deny the statements contained in paragraphs numbers 3, 5, 6, 17, 18, 19, 21, 22, 24, 26, 29,

[Affirmative Defense] - 1

## II. AFFIRMATIVE DEFENSES

Defendant(s) other defenses are:

In the course of my business-related activities I do maintain a BitTorrent client at the aforementioned IP address. However, that client is not for the purpose of downloading or distributing copyrighted works. The BitTorrent client in question is used to search and download malware and virus infected files for the purpose of study. From time to time, I scrape known torrent trackers for random samples of files. As the files download I am scanning for signs of malware, viruses and ransomware. Clean files are deleted immediately and infected files have the malware stripped for study. That BitTorrent client never has all the pieces of any file available for download.

At times customers, family and/or friends deliver their computers to me after malware infections for cleaning and repair. It is possible that those computers would have BitTorrent clients as well (explaining the infections) and I do not track any information that may be on those computers - my job is to remove infections and while I would typically shutdown any BitTorrent client during my process, it would certainly be online and connectable while I am troubleshooting.

Dated this September 11, 2018

_____
Jeff Hatfield
273 Crestview
Commerce Township, MI 48390
(248) 924-4376

[Affirmative Defense] - 2

```
Jeff  Hatfield
273 Crestview
Commerce Township, MI 48390
(248) 924-4376
```

In the District Court of Michigan in the county of Oakland

| | |
|---|---|
| Malibu Media, LLC. | ) Case No.: 2:18-cv-11033-MAG-MKM |
| Plaintiff | ) PRO SE NOTICE OF APPEARANCE |
| vs. | ) |
| Jeff  Hatfield | ) |
| Defendant(s) | ) |

The undersigned enters an appearance in this action, and demands notice of all further proceedings. The Clerk of Court and the opposing party will be informed of any changes in address. Any and all notices may be sent to:
Service Address:
273 Crestview, Commerce Township, MI 48390

Dated this September 11, 2018

_____
Jeff  Hatfield

[Notice of Appearance] – 1

Jeff Hatfield
273 Crestview
Commerce Township, MI 48390
(248) 924-4376

In the District Court of Michigan in the county of Oakland

| | |
|---|---|
| Malibu Media, LLC. | ) Case No.: 2:18-cv-11033-MAG-MKM |
| Plaintiff | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| Jeff Hatfield | ) |
| Defendant(s) | ) |

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury under the laws of the State of Michigan that, on the date stated below, I did the following:

On the day of September 11, 2018, I mailed by Certified Mail, Return Receipt, postage pre-paid, a true copy of the Notice of Appearance and the Answer, Affirmative Defenses to Malibu Media, LLC. at the offices of Joel A. Bernier at the following address: 49139 Shoenherr, Shelby Township, MI 48315

Dated this September 11, 2018, in the city of Commerce Township, MI

_____
Jeff Hatfield

[Certificate of Service] - 1



Jeff Hatfield
273 Crestview Blvd.
Commerce Township, MI 48390

**CERTIFIED MAIL**

7018 0360 0000 2430 2729



United States District Court
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

RECEIVED
SEP 17 2018
CLERKS OFFICE
U.S. DISTRICT COURT

48226$2734 C008

U.S. POSTAGE PAID
FCM LETTER
WALLED LAKE, MI
48390
SEP 12, 18
AMOUNT
$3.95
R2305M114813507

48226

7018 0360 0000 2430 2729

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE